United States Bankruptcy Court
District of Massachusetts

In re                                                Case No

                                                     Chapter 7

Suzanne Eser,

          Debtor

VERIFICATION OF MATRIX

The above named debtor verifies under penalty of perjury that the
attached List of Creditors, which consists of 2 pages and a total of 17
creditors, is true, correct and complete to the best of my knowledge.

_____
Suzanne Eser, Debtor Pro Se
24 Endicott Street, #2
Peabody, Ma 01960
802-829-0773
workemailonly@mail.com

Date: May 17, 2024

Helen Larkin
Larkin Corporation
dba Larking's Run
591 Maddison Road
Durham, CT 06422

Jennifer Leary
PO Box 12
Danvers, MA 01923

Karen Ewing
65 Newbury Street
Danvers, MA 01923

Tax Serve Capital Services
400 North Congress Avenue, Ste 101
West Palm Beach, FL 33401-2933

COMM of MASS DOR
PO Box 7003
Boston, MA 02204

COMM of MASS DOR
PO Box 7003
Boston, MA 02204

David V DeRosa, Esq.
42 Terrace Avenue
PO Box 992
Naugatuck, CT 06770

NationalGrid
PO Box 1040
Northborough, MA 01532-4040
PO Box 371338
Pitsburg, PA 15250-7338

Ron Pescatore
Pescatore Plumbing
596 Mountain Avenue
Revere, MA 02151

Town and Country Veterinary
27 Hartford Turnpike
Vernon, CT 06066

Beth Israel Lahey Health
PO Box 981029
Boston, MA 02298-1029

Credit Collection Services
PO Box 447
Norwood, MA 02062-0447
Beth Israel Lahey Health

Capitol One
15000 Capital One
Richmond, VA 23238
PO Box 31293
Salt Lake City, UT 8413

Capitol One
15000 Capital One
Richmond, VA 23238
PO Box 31293
Salt Lake City, UT 8413

Portfolio Recovery Associates LLC
120 Corporate Boulevard
Norfolk, VA 23502

Discover Bank
PO Box 30416
Salt Lake City, UT 84130

LVNV Funding LLC
c/o Alltran Financial LP
10900 Corporate Centre Drive, Ste 100
Houston, TX 77041