# Certificate of Notice

District/Off: 0101-1   User: admin                    Date printed: 5/20/2024
Case: 24-10976        Form ID: certreq    Total: 1

db   Suzanne Eser    24 Endicott Street, #2   Peabody, MA 01960