THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Suzanne Eser, Debtor



Case No. 24-10976
Chapter 7

APPEARANCE OF COUNSEL

To: The clerk of the and all parties of record:

I am admitted to practice in the federal court bar of this district or otherwise authorized to practice in this court (bar admittance waiver pending), and hereby enter my appearance in this case as counsel pursuant to Massachusetts Local Bankruptcy Rule 9010 on behalf of:

Dated: May 22, 2024

Respectfully submitted for
VitaVera Realty, LLC, by its attorney,

Chris J. Thornton, Esq.

MA BBO # 642691

172 Main Street, PO Box 701

Rowley, MA 01969

978.432.1211

Email: Chris@ThorntonLawNorthShore.com