

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Suzanne Eser | Ch. 7 |
|---|---|---|
| | Debtor | 24-10976-JEB |

### Order

**MATTER:**

#14 Notice of Appearance and Request for Notice by Christopher J. Thornton filed by Creditor Vita Vera Realty, LLC

#15 Motion filed by Creditor Vita Vera Realty, LLC for Relief from the Automatic Stay Re: 24 Endicott Street, Peabody, MA

Pursuant to MLBR 9010-1(f), a non-member of the bar of the U.S. District Court for the District of Massachusetts who is a member of the bar of the highest court of any state may appear and practice in this Court in a particular case only by leave granted in the discretion of the Court. Such counsel must seek admission in compliance with the Local Rule, including filing a certificate attesting to the requirements set forth in the Local Rule and paying the applicable fee. Counsel for VitaVera Realty, LLC, shall by **May 28, 2024**, file an appropriate motion to appear pro hac vice and certificate. If Counsel fails to do so, the Motion for Relief from Stay [#15] may be stricken from the docket.

Dated: 05/24/2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge