# Certificate of Mailing

**Date printed: 05/24/2024**
**Case: 24-10976**
**Order(s): #17**

**On the date listed above, the Court via Email, the document listed above to the following parties:**

Chris J. Thornton
Email: Chris@ThorntonLawNorthShore.com