United States Bankruptcy Court

District of Massachusetts

In re:                                                                                    Case No. 24-10976-jeb

Suzanne Eser                                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 24, 2024 | Form ID: pdf012 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Christopher J. Thornton, Law Offices of Christopher J. Thornton, 76 Lafayette Street, Suite 202, Salem, MA 01970-3674 |
| cr | + Vita Vera Realty, LLC, 110 Newbury Street, Danvers, MA 01923-5209 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: workemailonly@mail.com | May 25 2024 05:23:00 | Suzanne Eser, 24 Endicott Street, #2, Peabody, MA 01960-3256 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David B. Madoff | alston@mandkllp.com  MA28@ecfcbis.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 2



## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Suzanne Eser | Ch. 7 |
| | | 24-10976-JEB |
| | Debtor | |

### Order

**MATTER:**

#14 Notice of Appearance and Request for Notice by Christopher J. Thornton filed by Creditor Vita Vera Realty, LLC

#15 Motion filed by Creditor Vita Vera Realty, LLC for Relief from the Automatic Stay Re: 24 Endicott Street, Peabody, MA

Pursuant to MLBR 9010-1(f), a non-member of the bar of the U.S. District Court for the District of Massachusetts who is a member of the bar of the highest court of any state may appear and practice in this Court in a particular case only by leave granted in the discretion of the Court. Such counsel must seek admission in compliance with the Local Rule, including filing a certificate attesting to the requirements set forth in the Local Rule and paying the applicable fee. Counsel for VitaVera Realty, LLC, shall by **May 28, 2024**, file an appropriate motion to appear pro hac vice and certificate. If Counsel fails to do so, the Motion for Relief from Stay [#15] may be stricken from the docket.

Dated: 05/24/2024                                        By the Court,

Janet E. Bostwick
United States Bankruptcy Judge